# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 4:08CR3180 |
| Plaintiff, | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| **ROBERT E. WILLIAMS, JR.,** | ) | |
| Defendant. | ) | |

This case was previously assigned to Retired District Judge Warren K. Urbom. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge John M. Gerrard for disposition and to Magistrate Judge Cheryl R. Zwart for judicial supervision and processing of all pretrial matters.

DATED this 25th day of September, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge